IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAHARA EL | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 17-2345 |
| | : | |
| ADVANCE STORES COMPANY, INC. | : | |
| d/b/a ADVANCE AUTO PARTS | : | |

## ORDER

AND NOW, this 27th day of December 2017, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 19), Plaintiff's Response (ECF Doc. No. 28) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 19) is **GRANTED in part** and **DENIED in part**:

1. We **GRANT** summary judgment on Ms. El's ADA discrimination claim as lacking genuine issues of material fact; and,

2. We **DENY** Defendant's Motion for summary judgment on Ms. El's gender and race discrimination, hostile work environment based on race and gender and Title VII retaliation claims which shall proceed to trial.

_____
KEARNEY, J.